UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AGUSTIN COVARRUBIAS, | ) | 1:09-CV-00518 GSA HC |
| | ) | |
| Petitioner, | ) | ORDER DENYING MOTION |
| | ) | |
| v. | ) | [Doc. #10] |
| | ) | |
| PEOPLE OF THE STATE OF CALIFORNIA, | ) ) ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner voluntarily consented to exercise of Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c)(1).

On June 16, 2009, the undersigned issued an order dismissing the petition. Judgment was entered the same date. On May 3, 2010, Petitioner filed the instant motion requesting records. The motion is a state form addressed to the Merced County Superior Court. It appears Petitioner seeks copies of the transcripts. If that is the case, Petitioner is advised that such a request must be directed to the Clerk of the Court. Petitioner is further advised that copies of documents are not provided free of charge. Copies up to twenty (20) pages may be made by the Clerk' office at a charge of $.50 per page. Larger copy orders should be directed to the Court contracted company: ADS (559/233-1475).

Accordingly, Petitioner's motion for records is DENIED.

IT IS SO ORDERED.

1    **Dated:**  May 10, 2010           /s/ **Gary S. Austin**
                                                          UNITED STATES MAGISTRATE JUDGE