1
2
3
4
5

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGUSTIN COVARRUBIAS, | 1:09-CV-00518 GSA HC |
| Petitioner, | ORDER DENYING PETITIONER'S MOTION FOR EXCUSABLE NEGLECT |
| v. | [Doc. #12] |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |
| _____/ | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  He consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C. § 636(c) on April 2, 2009.  The petition was dismissed on June 16, 2009, for failure to exhaust state remedies.

On April 23, 2012, Petitioner filed the instant "motion for excusable neglect."  Petitioner requests that the Court excuse his delay in mailing his petition for writ of habeas corpus.  Petitioner's motion will be denied because the instant case was closed nearly three years ago.  If Petitioner wishes to file a federal habeas petition, he must do so by sending a new petition and commencing a new case.

Accordingly, IT IS HEREBY ORDERED that Petitioner's motion for excusable neglect is DENIED.


IT IS SO ORDERED.

Dated:    **May 1, 2012**              **/s/ Gary S. Austin**

U.S. District Court
E. D. California      cd

1

1                                                        UNITED STATES MAGISTRATE JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28