1
2
3
4
5
6          # UNITED STATES DISTRICT COURT
7              ## EASTERN DISTRICT OF CALIFORNIA
8
9   AGUSTIN COVARRUBIAS,                    1:09-CV-00518 GSA HC

10                    Petitioner,           ORDER DENYING PETITIONER'S
                                            MOTION FOR EXCUSABLE NEGLECT
11          v.
                                            [Doc. #12]
12  PEOPLE OF THE STATE OF
    CALIFORNIA,
13                    Respondent.
    _____/
14

15          Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

16  pursuant to 28 U.S.C. § 2254.  He consented to the jurisdiction of the magistrate judge pursuant to

17  28 U.S.C. § 636(c) on April 2, 2009.  The petition was dismissed on June 16, 2009, for failure to

18  exhaust state remedies.

19          On April 23, 2012, Petitioner filed the instant "motion for excusable neglect."  Petitioner

20  requests that the Court excuse his delay in mailing his petition for writ of habeas corpus.  Petitioner's

21  motion will be denied because the instant case was closed nearly three years ago.  If Petitioner

22  wishes to file a federal habeas petition, he must do so by sending a new petition and commencing a

23  new case.

24          Accordingly, IT IS HEREBY ORDERED that Petitioner's motion for excusable neglect is

25  DENIED.

26

27          IT IS SO ORDERED.

28      **Dated:   May 1, 2012**              **/s/ Gary S. Austin**

1                                                                             UNITED STATES MAGISTRATE JUDGE